In the Matter of WAYNE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of CORY L. WITT, Appellant, v TIMOTHY FENYN, Respondent.

Submitted July 25, 2005; decided November 21, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from, which affirmed the March 24, 2004 Family Court order denying reconsideration, does not finally determine the proceeding within the meaning of the Constitution.

---

JAMES ZAJAC et al., Appellants, v E. ROBERT WILSON et al., Respondents.

Submitted September 26, 2005; decided November 21, 2005

Motion for leave to appeal from the December 31, 2003 Appellate Division order dismissed as untimely (see CPLR 5513 [b]).

---

SHARON ZEHNICK, Appellant, v MEADOWBROOK II ASSOCIATES, Defendant and Third-Party Plaintiff-Respondent. NICHOLAS J. TOZZI, JR., Individually and Doing Business as NICK TOZZI FORKLIFT SERVICE & REPAIR, Third-Party Defendant-Respondent.

Submitted September 12, 2005; decided November 21, 2005

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that reversed so much of Supreme Court's order as granted appellant's motion to amend her complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.